UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
CHAYA DEUTSCH,                                    :
                                                  :
                           Plaintiff,             :   Case No.: 7:23-cv-02624-CS
                                                  :
            v.                                    :
                                                  :
EXPERIAN INFORMATION SOLUTIONS,                   :
INC., EQUIFAX INFORMATION SERVICES,               :
INC., TRANS UNION, LLC, AMERICAN                  :
EXPRESS NATIONAL BANK, CAPITAL                    :
ONE, N.A., US BANK, and C. TECH                   :
COLLECTIONS, INC.,                                :
                                                  :
                           Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of this court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Capital One, N.A. ("Capital One") hereby certifies that Capital One is a direct subsidiary of Capital One Financial Corporation, which owns 10% or more of Capital One's stock and is a publicly traded company.

Dated: May 18, 2023

*/s/ Gerard Belfort*
Gerard Belfort
Ballard Spahr LLP
1675 Broadway, Floor 19
New York, NY 10019
T: 646.346.8044
F: 212.223.1942
belfortg@ballardspahr.com

*Attorney for Defendant,*
*Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

     I, Gerard Belfort, hereby certify that on this 18th day of May, 2023, I caused a true and correct copy of Capital One, N.A.'s Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement to be served *via* ECF transmission on all counsel of record.

                                            */s/ Gerard Belfort*
                                             Gerard Belfort