UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Deutsch,

                     Plaintiff(s),

          -against –

Equifax Information Services, LLC, et al.,

                    Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:23-CV-02624 (CS)

Seibel, J.

       It having been reported to this Court that the claims in this case have been settled **(as only to Defendant American Express National Bank.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant American Express National Bank.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated: May 19, 2023

       White Plains, New York

                                    _____

                                      CATHY SEIBEL, U.S.D.J.