UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Chaya Deutsch,

                      Plaintiff,

-against –

Equifax Information Services, LLC, et al.,

                      Defendants.
-------------------------------------------------------------X

**O R D E R**

7:23-CV-2624 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(only as to Defendant TransUnion LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(only as to Defendant TransUnion LLC)**; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated:  August 22, 2023
        White Plains, New York

                                        _____
                                            CATHY SEIBEL, U.S.D.J.