UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Deutsch,
Plaintiff(s),

-against –

Equifax Information Services LLC,
Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:23-CV-02624 (CS)

Seibel, J.

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant C. Tech Collections, Inc.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant C. Tech Collections, Inc.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**SO ORDERED**.

Dated: December 28, 2023
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.